388 P.3d 903

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Stanley S. L. KONG, Defendant-Appellant**

**NO. CAAP-15-0000066**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
November 29, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE SECOND CIRCUIT (CR. NO. 09-1-0683(2))

## MEMORANDUM OPINION

Affirmed.

■

388 P.3d 903

**STATE of Hawaiʻi, Plaintiff–Appellee,**

v.

**Alfred W.K. COMBES, Defendant–Appellant**

**NO. CAAP–14–0001139**

Intermediate Court of Appeals of Hawaiʻi.

November 30, 2016

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 12–1–1895)

## SUMMARY DISPOSITION ORDER

Affirmed.

■

388 P.3d 903

**FEDERAL HOME LOAN MORTGAGE
CORPORATION, Plaintiff-
Appellee,**

v.

**Kurt Edward MOORE and Ryan Edward
Moore, Defendants-Appellants,**

and

**Larry Alpha Shaver; John Doe or Jane
Doe; All Persons Residing with and any
Persons Claiming By and Through or
Under Them, Defendants.**

**CAAP-14-0001284**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
November 30, 2016.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 12-1-3125 KTN)

## SUMMARY DISPOSITION ORDER

Remanded.